IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN

| | |
|---|---|
| ERIC GADSON, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOE #1, CORRECTIONAL OFFICER; JOHN DOE #2, CORRECTIONAL OFFICER; NORMAN WEIDLICH, ASST. HEALTH SVC. ADMIN.; AND P.A. STEVEN BURK, FCI LORETTO; <br><br> Defendants, | 3:15-CV-00040-KRG |

## MEMORANDUM ORDER

**KIM R. GIBSON**, United States District Judge.

The present action was filed with this Court on February 13, 2015. The case was referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with Magistrate Judges Act, 28 U.S.C. § 636(b)(1) and Local Rules of Court 72.C and 72.D.

The Defendants filed a motion to dismiss/motion for summary judgment [ECF No. 34] on November 16, 2015. The Magistrate Judge's Report and Recommendation [ECF No. 37] recommended that the motion to dismiss/motion for summary judgment be granted and Plaintiff's claims be dismissed with prejudice and the case be marked closed. Service of the Report and Recommendation was made on all parties. The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Local Rule of Court 72.D.2 they had until June 10, 2016 to file any objections. Plaintiff timely filed objections thereto on June 6, 2016. After a review of the objections, I find that they are without merit.

Accordingly, after a *de novo* review of the pleadings and documents in this case, together

1

with the Report and Recommendation, the following Order is entered:

AND NOW, this \_\_\_21st\_\_\_ day of June, 2016, IT IS HEREBY ORDERED that Defendants' motion to dismiss/motion for summary judgment is GRANTED and Plaintiff's claims are dismissed with prejudice and the case be marked CLOSED.

IT IS FURTHER ORDERED that the Report and Recommendation [ECF No. 37] of Magistrate Judge Cynthia Reed Eddy is hereby adopted as the Opinion of the District Court.

By the Court,

_____

The Honorable Kim R. Gibson
United States District Judge

cc:     The Honorable Cynthia Reed Eddy
        United States District Court
        Western District of Pennsylvania

        ERIC GADSON
        35588-019
        LORETTO
        FEDERAL CORRECTIONAL INSTITUTION
        Inmate Mail/Parcels
        P.O. BOX 1000
        LORETTO, PA 15940

        Paul D. Kovac
        United States Attorney's Office
        700 Grant Street
        Suite 4000
        Pittsburgh, PA 15219